UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 11-10195-RWZ

UNITED STATES OF AMERICA

v.

SANUSIE MO KABBA

ORDER
February 14, 2012

ZOBEL, D.J.

Defendant, Sanusie Mo Kabba, has moved to amend the conditions of release ordered on September 20, 2012, by reducing the amount of the bond and the security therefor. He initially proposed a bond in the amount of $500,000 to be secured by real estate owned by members of defendant's family. On November 3, 2012, the court allowed defendant's motion to reduce the security because the family's "real estate portfolio has sustained a significant decrease in value during the recent economic downturn" (Docket # 140), but ordered security in the amount of $250,000, not the amount defendant requested, $150,000. The most recent motion (Docket # 146), again requests a reduction to $150,000 because the family, despite major effort to satisfy the security ordered, has been unable to do so. The court allowed that motion without opposition on January 18, 2012, and the government on the same day moved for reconsideration. (Docket # 149.)

At the hearing on the latest motion, defendant notified the court that the

previously appointed custodian, defendant's father, would not be able to continue in that capacity and he offered as an alternative custodian defendant's fiancee.

First, the motion for reconsideration (Docket # 149) is allowed. However, the ruling reducing the amount of the secured bond will stand. I am persuaded that defendant understands that his violation of any condition of release will result in serious economic harm to his parents and that he is not likely to court their financial ruin. That is, his release with this security will ensure the safety of the community and defendant's appearance.

I am further persuaded that the proffered custodian, Ms. Tony L. Gabriel, is a responsible person who will appropriately communicate with Pretrial Services as directed by the court.

Accordingly, paragraph 1 of the order of release entered on September 20, 2011 is hereby amended to provide for a secured bond in the amount of $150,000. Paragraphs 2 and 3 are amended by naming a new custodian, Tony L. Gabriel, and requiring defendant to live at the residence of Ms. Gabriel on 757 N. Cary Street, Brockton, MA.

All other provisions of the September 20, 2011, order remain in full force and effect.

Counsel for defendant shall notify the Clerk when the defendant and Ms. Gabriel are prepared to meet this condition of release. Upon notification the court will schedule a release hearing.

| February 14, 2012 | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE |